UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No. 8:01-CR-300-T-17EAJ

**ROBERT MELLOR**

REPORT OF PRELIMINARY
PROBATION/SUPERVISED RELEASE REVOCATION HEARING

THIS CAUSE came on to be heard at the preliminary probation/supervised release revocation hearing.

At that hearing the defendant waived preliminary hearing. It is therefore

ORDERED:

1) That the defendant shall be held for final revocation proceedings before the District Judge exercising supervision of the defendant;

2) That the clerk of this court shall schedule said hearing at the earliest time available on the Judge's calendar;

3) That both the government and defendant shall exchange all tangible evidence which either side intends to introduce at said hearing and shall exchange a list of witnesses no later than two (2) days prior to the final probation/supervised release revocation hearing.

DONE and ORDERED at Tampa, Florida this __21st__ day of March, 2006.

ELIZABETH A JENKINS
United States Magistrate Judge