Case 8:01-cr-00300-SCB-EAJ   Document 62   Filed 05/01/07   Page 1 of 3 PageID 90
AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:01-CR-300-T-24EAJ |
| ROBERT WILLIAM MELLOR | USM Number: 39784-018 |
| _____/ | |
| | Dionja Dyer, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions One, Two, Three, Four, Five, Six and Seven of the terms of supervision. See below.

| | | |
|---|---|---|
| 1 | New Criminal Conduct, Possession of Child Pornography In Violation of a Condition of Supervision | March 9, 2006 |
| 2 | Use of a Computer or Online Services In Violation of a Special Condition. | September 24, 2005 |
| 3 | Use of a Computer or Online Services In Violation of a Special Condition. | January 11, 2006 |
| 4 | Use of a Computer or Online Services In Violation of a Special Condition. | January 11, 2006 |
| 5 | Possession of Video, Magazines, and Photos Or Cell Phone Depicting Pornography in Violation of Special Condition | January 11, 2006 |
| 6 | Possession of Pictures Depicting Children In the Nude and/or in Sexually Explicit Positions In Violation of the Special Condition. | March 9, 2006 |
| 7 | Possession of Pictures Depicting Children In the Nude and/or in Sexually Explicit Positions In Violation of the Special Condition. | March 9, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT:   ROBERT WILLIAM MELLOR     Judgment - Page ___2___ of ___2___
CASE NUMBER:  8:01-CR-300-T-24EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *TIME SERVED.*

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m. on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment:   May 1st, 2007

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date     May 1st,  2007